# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | BANKRUPTCY NO. 19-10744 |
| TIFFANY E. RANDOLPH, ) | |
| ) | CHAPTER 13 |
| Debtor, ) | |
| ) | |
| U.S. BANK TRUST, NATIONAL ) | |
| ASSOCIATION, AS TRUSTEE OF THE ) | |
| CABANA SERIES III TRUST, ) | |
| ) | Docket No. _____ |
| Movant, ) | |
| v. ) | |
| ) | |
| TIFFANY E. RANDOLPH AND ) | |
| WILLIAM C. MILLER, TRUSTEE, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

AND NOW, this 12th day of November, 2019, upon the Motion of U.S. Bank Trust, National Association, as Trustee of the Cabana Series III Trust for Relief From The Automatic Stay, the Court hereby **ORDERS** that the Motion Is **GRANTED** and that the automatic stay is MODIFIED with regard to the real property located at 2324 S. Croskey Street, Philadelphia, Pennsylvania 19145 to permit the Movant to take any and all action necessary to enforce its *in rem* rights and remedies under their Note, Mortgage and under applicable law.

It is further **ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**